IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHAPTER 7 TRUSTEE, DAVID O. SIMON-CONFERENCE CALL PROCEDURES FOR §341 MEETINGS

Pursuant to the directive previously issued by the Office of the United States Trustee, David O. Simon, Chapter 7 Trustee, will be conducting his §341 meetings by conference call.

YOU WILL BE CALLING ME. The call-in information is as follows:

Phone Number: 877-307-9051

Access Code: 7643057#

**FOR DEBTORS' COUNSEL:**

There are three (3) ways you can do the exam:

1. You & your client can be in your office and call me.

2. You can get your client on your line and then call me.

3. You and your client can call in separately to the above conference number.

Under any of the alternatives, you must email me a copy of your client's government issued photo ID and social security verification. PLEASE USE MY DOCUMENTS EMAIL: documents@simonlpa.com. Do not attach them to a reply to this email.
If you choose alternative 2 or 3, you must get a signed copy of page 6 of the Petition in your client's hands so he/she will have it for the exam and be able to verify the signature.
Finally, if you haven't already done so, please send your client's most recently filed federal income tax return to my documents email.

**FOR DEBTORS, DEBTORS' COUNSEL & CREDITORS:**

You MUST call in at the scheduled time for your case. When you call in you may hear another exam in progress. In any event, put your phone on mute and wait for your case to be called. Feel free to call or email if you have any questions.

*David*

David O. Simon, Trustee
3659 Green Road, Suite 106
Beachwood, OH 44122-5715
(216) 621-6201; Fax: (888) 467-4181
david@simonlpa.com